UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 AUG 13 P 6:06

AT BALTIMORE

_____ DEPUTY

August 9, 2002

MEMORANDUM TO COUNSEL

        RE: Victoria L. Williams v. Howard County, MD
           Case No. L-01-2780

Dear Counsel:

  I have reviewed the correspondence concerning the effect of Judge Leasure's Memorandum of April 17, 2002. Because of the press of business, I will not be in a position to decide the issue until the Fall. I am content to deem Mr. Basehoar's letter of April 22, 2002 as a Motion to Dismiss and Mr. Knepper's letter of June 3, 2002 as an opposition, and I will request the Clerk of Court to docket them accordingly. Alternatively, If counsel wish to file more formal papers, they may do so under the following schedule.

    Defendant's motion to dismiss: Due by September 3, 2002.

    Plaintiff's opposition: Due by September 18, 2002.

    Defendant's reply memorandum: Due by September 27, 2002.

  I suggest that counsel confer and decide whether they wish to stand on the record as it now stands or file additional papers. In any event, I will hold a hearing on the motion to dismiss on October 9, 2002 at 5:00 p.m. in Courtroom 3D.

  Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

                Very truly yours,

                Benson Everett Legg

c: Court file