UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

*FILED*
*DISTRICT OF MARYLAND*

2003 JAN 15  A 10: 19

*CLERK'S OFFICE*
*AT BALTIMORE*

————DEPUTY

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

January 7, 2003

MEMORANDUM TO COUNSEL RE:  <u>Victoria Williams v. Howard County</u>
Civil #L-01-2780

Dear Counsel:

On January 3, 2003, the Court held a hearing on the defendant's second motion to dismiss. At the suggestion of Counsel, the parties shall submit additional briefing of this motion, subject to the following schedule:

(i)     on or before February 17, 2003, the defendant shall file a brief supporting its motion to dismiss;

(ii)    on or before March 19th, the plaintiff shall file her response; and

(iii)   on or before March 28th, the defendant shall file its reply.

The Court has reviewed the cases cited at the hearing. Accordingly, the memoranda should include the following:

(i)     a statement of the facts, with an explanation of the administrative remedies the plaintiff pursued, the time line, and the results; and

(ii)    a discussion of the procedural rights available to the plaintiff in the hearing before the Howard County Personnel Board. <u>See</u>, <u>e.g.</u>, <u>Batts v. Lee</u>, 949 F. Supp. 1229, 1233 (D. Md. 1996) (describing the panoply of rights available to the plaintiff in a prior administrative proceeding).

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:     Court file