UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 FEB -3  P 2: 32

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

February 3, 2003

MEMORANDUM TO COUNSEL RE:   Victoria Williams v. Howard County
Civil #L-01-2780

Dear Counsel:

By Order dated January 7, 2003, the Court established a timeline for submitting additional briefing of the defendant's second motion to dismiss. Due to the press of business, the Court must accelerate the briefing schedule so that Defendant's Reply Brief is submitted on or before March 21st.

Accordingly, on or before February 12th, the parties shall submit a joint proposed schedule that incorporates the March 21st deadline.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file