*Howard County, Maryland*
*Office of Law*
*3430 Courthouse Drive*
*Ellicott City, Maryland 21043*
*(410) 313-2100*

FILED
U.S. DISTRICT COURT
DISTRICT OF
2003 FEB 24  A 11:34
AT BALTIMORE
_____ DEPUTY

February 10, 2003

The Honorable Benson E. Legg
United States District Judge
Chambers 3D
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, MD 21201

      RE:    **Williams v. Howard County, Maryland**
              **Civil Action No: L-01-CV-2780**

Dear Judge Legg:

     I write in response to your Memorandum to Counsel dated February 3, 2003. As you may recall, the original timeline that was established by the Court was predicated, in part, upon Mr. Knepper's planned vacation, and the Plaintiff's desire to have a period of 30 days to respond to the County's memorandum of law. After receiving your memorandum, I called the law firm of Levin & Gann, the firm with which Mr. Knepper is associated. Because Mr. Knepper is in fact on vacation, I spoke with Debra Cruz, who told me that she had spoken with Mr. Knepper, and that it continues to be his position that he will require approximately 30 days to respond to the County's motion. Ms. Cruz, indicated, however, that Mr. Knepper was willing to file and fax his response to the County on March 14, 2003, so that the County would have five (5) business days to respond.

     Thus, the parties shall submit briefs according to the following schedule:

1. The Defendant will file a brief supporting its Motion to Dismiss on or before February 17, 2003;

2. The Plaintiff will file and serve her response upon the Defendant on or before March 14, 2003; and

3. The Defendant will file its reply on or before March 21, 2002.

APPROVED THIS 23 DAY OF FEB., 2003

_____
BENSON EVERETT LEGG, U.S.D.J.

*FAX NUMBER - 313-3292*                                    *TDD NUMBER - 313-2323*

The Honorable Benson E. Legg
Page 2
February 10, 2003

Should you have any questions, please let me know.

Very truly yours,

HOWARD COUNTY OFFICE OF LAW

Richard E. Basehoar
Senior Assistant County Solicitor

REB
cc: Randolph C. Knepper, Esquire
    Debra B. Cruz