IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VICTORIA L. WILLIAMS | : |
| Plaintiff | : |
| vs. | :  Civil Action No. L-01-CV-2780 |
| HOWARD COUNTY, MARYLAND | : |
| Defendant | : |

## AFFIDAVIT

1. I, Richard E. Basehoar, am competent to testify.

2. I am a lawyer admitted and qualified to practice before the Court of Appeals of Maryland and this Court, and am counsel of record for Howard County, Maryland (**"the County"**) in this action. I was also counsel for the County in case No-99-C-042638, brought by Plaintiff against the County in the Circuit Court for Howard County, Maryland (**"the State Court"**).

3. The documents appended to the County's Reply Memorandum as Reply Exhibits 1, 2, 3 and 4 are true and correct copies of portions of the certified transcript of proceedings before the Howard County Personnel Board that were included in the record before the Circuit Court in case No: 13-C-99-042638.

I do solemnly affirm under the penalties of perjury that the contents of the foregoing affidavit are based upon personal knowledge, and are true and correct.

Date: 3/21/2003

_____
Richard E. Basehoar
Senior Assistant County Solicitor