IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VICTORIA L. WILLIAMS | : | |
| Plaintiff | : | |
| vs. | : | Civil Action No. L-01-CV-2780 |
| HOWARD COUNTY, MARYLAND | : | |
| Defendant | : | |

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit 1, which is an attachment to Defendant's Reply Memorandum exists only in paper format and if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

HOWARD COUNTY OFFICE OF LAW

_____/s/_____
Richard E. Basehoar
Senior Assistant County Solicitor
Trial Bar No. 02764
George Howard Building
3430 Courthouse Drive
Ellicott City, Maryland 21043
(410) 313-2104

(410) 313-3292 (facsimile)