IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VICTORIA L. WILLIAMS | : | |
| | : | |
| v. | : | CIVIL NO. L-01-2780 |
| | : | |
| HOWARD COUNTY, MARYLAND | : | |

## **ORDER**

Pending is the second Motion to Dismiss filed by Defendant Howard County, Maryland. For the reasons stated in the Memorandum of even date, the Court rules as follows:

(i) Defendant's Motion to Dismiss is GRANTED IN PART, dismissing (a) Plaintiff's Title VII claim for retaliatory discharge, and (b) Plaintiff's ADA claim for discharge on the basis of her alleged disability; and

(ii) Defendant's Motion to Dismiss is DENIED IN PART, allowing Plaintiff's ADA claim of failure to accommodate to proceed to discovery.

It is so ORDERED this 25th day of March, 2003.

/s/ Benson Everett Legg
Chief Judge