April 8, 2003

The Honorable Benson E. Legg
United States District Court
   for the District of Maryland
Chambers 3D
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, MD  21201

        *RE:*   *Williams v. Howard County, Maryland*
               *Civil Action No:  L-01-2780*

Dear Judge Legg:

      Pursuant to the Scheduling Order which you entered in this matter on March 26, 2003, Howard County, Maryland reports that:

      1.  There is no joint request for an early settlement/ADR conference;

      2.  The County anticipates that it will require no more than 7 hours for the deposition of fact witnesses, the time limit established for both parties in the Scheduling Order, and has been advised by the Plaintiff's counsel that the limit of 7 deposition hours is satisfactory for the Plaintiff as well; and

      3.  There is unanimous consent that what remains of this matter can proceed before a United States Magistrate Judge.

                                    Very truly yours,

                                    HOWARD COUNTY OFFICE OF LAW


                                    Richard E. Basehoar
                                    Senior Assistant County Solicitor

REB
cc:    Randolph C. Knepper, Esquire
        Raquel Sanudo
        Barbara Cook, Esquire