**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| VICTORIA L. WILLIAMS, | * |
|    Plaintiff | * |
| v. | *   Civil Action No. L-01-CV-2780 |
| HOWARD COUNTY, MARYLAND, | * |
|    Defendant | * |

* * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S INITIAL SCHEDULING ORDER REPORT

Victoria L. Williams, Plaintiff, by Randolph C. Knepper and Levin & Gann, P.A., her attorneys, submits this Initial Report pursuant to the Scheduling Order as to all matters noted for April 9, 2003. This report is based partly on the telephone conversation between counsel for the parties on April 7, 2003.

   1. The parties do not agree on a joint request for early settlement/ADR conference.

   2. Plaintiff agrees with the court's proffered limit of seven hours of deposition time for fact witnesses.

   3. The parties consent to proceed before a United States Magistrate Judge.

 

                                                   /s/
                                      **RANDOLPH C. KNEPPER**
                                      **LEVIN & GANN, P.A.**
                                      502 Washington Avenue
                                      8th Floor
                                      Towson, Maryland 21204
                                      410-321-0600
                                      Attorneys for Plaintiff