## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**SUSAN K. GAUVEY**<br>**U.S. MAGISTRATE JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-4953** |

April 10, 2003

Randolph C. Knepper, Esq.
Levin and Gann, PA
Nottingham Centre
502 Washington Avenue, 8th Floor
Towson, MD 21204

Richard E. Basehoar, Esq.
Barbara M. Cook, Esq.
Howard County Office of Law
3430 Courthouse Drive
Ellicott City, MD 21043

    Re:  Victoria L. Williams v. Howard County, Maryland
         Civil No. L-01-2780

Dear Counsel:

    The above-entitled case has been assigned to me for further proceedings, based on your consents.  Please be advised that Chief Judge Legg's Scheduling Order dated March 26, 2003, remains in full force and effect.

                      Sincerely yours,

                        /s/

                      Susan K. Gauvey
                      United States Magistrate Judge