UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**SUSAN K. GAUVEY**
**U.S. MAGISTRATE JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-4953**

September 2, 2003

Randolph C. Knepper, Esq.
Levin and Gann, PA
Nottingham Centre
502 Washington Avenue, 8th Floor
Towson, MD 21204

Richard E. Basehoar, Esq.
Barbara M. Cook, Esq.
Howard County Office of Law
3430 Courthouse Drive
Ellicott City, MD 21043

    Re:  Victoria L. Williams v. Howard County, Maryland
         Civil No. L-01-2780

Dear Counsel:

    Thank you for your status report. As to the jurisdictional issue, I agree with Mr. Knepper that this matter was presented to and ruled on by Judge Legg and I will not reconsider in advance of pretrial motions.

                              Sincerely yours,

                              /s/

                              Susan K. Gauvey
                              United States Magistrate Judge