September 8, 2003

The Honorable Susan K. Gauvey
United States Magistrate Judge
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD  21201

      RE:    *Williams v. Howard County, Maryland*
                <u>Civil Action No: L-01-CV- 2780</u>

Dear Judge Gauvey:

      I write to advise the Court that the parties have settled the above-captioned matter and that the County will not, for this reason, be filing a dispositive pre-trial motion on this date. After documents bearing on the parties' settlement are fully executed, the parties will file a Joint Stipulation of Dismissal.

      Should you have any questions, please do not hesitate to contact either myself or Mr. Knepper.

                              Very truly yours,

                              HOWARD COUNTY OFFICE OF LAW

                              /s/

                              Richard E. Basehoar
                              Senior Assistant County Solicitor

REB
cc:  Randolph C. Knepper, Esquire
     Barbara M. Cook